Lucretia G. **VINTILLA**, Plaintiff–
Appellant,

v.

**SAFECO INSURANCE COMPANY,**
Defendant–Appellee.

No. 06–3476.

United States Court of Appeals,
Sixth Circuit.

March 2, 2007.

Before: KENNEDY, BATCHELDER, and CLAY, Circuit Judges.

PER CURIAM.

Lucretia G. Vintilla appeals the district court's grant of summary judgment in favor of defendant Safeco Insurance Company and denial of her own summary judgment motion. After reviewing the record, the parties' briefs, and the applicable law, this court concludes that issuance of a panel opinion would not serve any jurisprudential purpose. Thus, we affirm the district court's thorough and well-reasoned decision for the reasons stated within that opinion.